# APPEAL ASSIGNMENT CARD

| Cause #: | 2011-69056 | Court # | 295TH | Judgment Date: | 1/15/2015 |
|---|---|---|---|---|---|

| Volume: | | Page: | | Image #: | 63868166 |
|---|---|---|---|---|---|

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
2/18/2015 1:56:02 PM
CHRISTOPHER A. PRINE
Clerk

| File Date: | 2/15/2015 | Attorney Bar No: | 2 (PRO SE) |
|---|---|---|---|
| Due Date: | 5/15/2015 | Assigned to FIRST Court of Appeals | |

| Date AMENDED Motion for New Trial filed? | | 9/1/2014 |
|---|---|---|
| Request for Transcript Filed? | NONE | BC |
| Notice of Appeal previously filed? N | | C |
| Number of Days: | 120 | OA |

File Ordered: IMAGED

Notes: Final Judgment signed 8/1/2014;
Motion for New Trial filed 7/28/2014;
Item being appealed is denial of Motion for New Trial.

BC     Notice of Appeal filed
BG     Notice of Appeal filed – Government
C     Appealing Final Judgment
D -     Accelerated Appeal
OA     No Clerk's Record Request filed
O – Clerk's Record Request filed (w/Notice of Appeal)

SUIT NO. 2011-69056

| | | |
|---|---|---|
| HARRIS COUNTY, ET AL | § | IN THE DISTRICT COURT |
| | § | |
| VS. | § | **295** JUDICIAL DISTRICT |
| | § | |
| CHARLES RONALD WADE, ET AL | § | HARRIS COUNTY, TEXAS |
| | § | |

## NOTICE OF APPEAL

CHARLES RONALD WADE, files this notice of appeal from FINAL JUDGMENT, of

above caption Court, The Honorable District Judge Caroline E. Baker, cause number 2011-

69056, HARRIS COUNTY, ET AL vs. CHARLES RONALD WADE, ET AL.

1.   The judgment was signed on January 15, 2015.

2.   The name of each party bringing the appeal is Charles Ronald Wade.

The parties desire to appeal to the Court of Appeal from this District Court and hereby give
Notice of Appeal.

Charles Ronald Wade, hereby invokes the jurisdiction of the Court of Appeals per T.R.A.P. 30,

and desires to appeal the trial court's FINAL JUDGMENT against him.

Respectfully submitted,

Charles R Wade, Pro Se
4318 Woodmont
Houston, Texas 77045
713-434-0127

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the forgoing instrument has been furnished to Victoria D. Vonder Haar, LINEBARGER GOGGAN BLAIR & SAPSON, LLP, 1300 MAIN, TE 300 (77002), P.O. BOX 3064, HOUSTON, TEXAS 77253-3064, the following counsel of record by faxing to (713) 844-3502 and by depositing sane in the United States mail, properly addressed and postage prepaid, February, 2015.

Charles R Wade, Pro Se
4318 Woodmont
Houston, Texas 77045
713-434-0127

Shelly Raymond Wade
8114 Hideaway Lake Circle
Spring, TX 77389
United States mail

Dr. Alex Melvin Wade, Jr.
01624189
Mark W. Stiles
3060 FM 3514
Beaumont, Texas 77705
United States mail

Dianne Ruth Winzer
Aka Dianne Ruth Wade
13518 Windy Willow Drive
Missouri City, TX 77489
**United States mail**

Liberace Wade
8152 Scenic Hwy., Ste. C
Baton Rouge, LA 70807
**United States mail**

Gary Bernard Wade
15206 Wimberly Park Dr.

Houston, TX 77049
**United States mail**

Patsy Wade
Rt. 4 Box 4860
San Augustine, TX 75972
**United States mail**

Janice Faye Coleman
16727 Lone Quail Ct
Missouri City, TX 77489
**United States mail**

Perdue, Brandon, Fielder, Collins & Mott
Attorneys for Five Corners Improvement District
1235 N. Loop West, Suite 600
Houston, Texas 77008
**Via Facsimile: (713) 862-1429**

**Attorney Annie Briscoe**
1217 Prairie Street
Houston, Texas 77002
(713) 270-8732

Charles R Wade, Pro Se
4318 Woodmont
Houston, Texas 77045
713-434-0127

3

```
CASE NUM: 201169056__ PJN> __   TRANS NUM: _____  CURRENT COURT: 295 PUB? _
CASE TYPE: TAX DELINQUENCY                    CASE STATUS: DISPOSED (FINAL)
STYLE: HARRIS COUNTY, ET AL          VS WADE, CHARLES RONALD SR
============================================================================
                      **** INACTIVE PARTIES ****
   PJN   PER/CONN COC  BAR       PERSON NAME              PTY    ASSOC. ATTY
   NUM   NUMBER                                           STAT
 _       00020-0001 AGT          WADE, LIBERACE BY SERVING THE
 _       00019-0001 DEF          WADE, PATSY
 _       00018-0001 DEF          COLEMAN, JANICE FAYE           D
 _       00017-0001 DEF          WADE, GARY BERNARD             D
 _       00016-0001 DEF          WADE, LIBERACE                 D
 _       00015-0001 DEF          WINZER, DIANNE RUTH FKA DIANNE D
 _       00014-0001 DEF          WADE, CHARLES RONALD           D
 _       00013-0001 DEF          WADE, ALEX MELVIN JR              PRO-SE

==> (20) CONNECTION(S) FOUND
1=ACTIVE       2=ATY. INQ.   3=ACT.ENTRY   4=ISS. SERV.  5=DOC. INQ.
6=CASE INQ.    7=BACKWARD    8=FORWARD     9=PTY. ADDR.  10=REFRESH    11=HELP
```

```
CASE NUM: 201169056__ PJN> __   TRANS NUM: _____  CURRENT COURT: 295 PUB? _
CASE TYPE: TAX DELINQUENCY                    CASE STATUS: DISPOSED (FINAL)
STYLE: HARRIS COUNTY, ET AL          VS WADE, CHARLES RONALD SR
============================================================================
                      **** INACTIVE PARTIES ****
   PJN   PER/CONN COC  BAR       PERSON NAME              PTY    ASSOC. ATTY
   NUM   NUMBER                                           STAT
 _       00012-0001 DEF          WADE, SHELLY RAYMOND
 _       00011-0001 ADA 00786413 SCHELFHOUT, AMY JO
 _       00010-0001 DEF 00786413 HUNTER, LOREE                 SCHELFHOUT, A
 _       00009-0001 PLT 99999930 HARRIS COUNTY HOSPITAL DISTRIC  LINEBARGER, G
 _       00008-0001 PLT 99999930 HARRIS COUNTY FLOOD CONTROL DI  LINEBARGER, G
 _       00007-0001 PLT 99999930 PORT OF HOUSTON AUTHORITY OF H  LINEBARGER, G
 _       00006-0001 PLT 99999930 HARRIS COUNTY DEPARTMENT OF ED  LINEBARGER, G
 _       00005-0001 PLT 99999930 HOUSTON COMMUNITY COLLEGE SYST  LINEBARGER, G

==> (20) CONNECTION(S) FOUND
1=ACTIVE       2=ATY. INQ.   3=ACT.ENTRY   4=ISS. SERV.  5=DOC. INQ.
6=CASE INQ.    7=BACKWARD    8=FORWARD     9=PTY. ADDR.  10=REFRESH    11=HELP
```

CASE NUM: 201169056__ PJN> __    TRANS NUM: _____   CURRENT COURT: 295 PUB? _
CASE TYPE: TAX DELINQUENCY                    CASE STATUS: DISPOSED (FINAL)
STYLE: HARRIS COUNTY, ET AL              VS WADE, CHARLES RONALD SR
===============================================================================
                      **** INACTIVE PARTIES ****
   PJN  PER/CONN COC  BAR       PERSON NAME                PTY   ASSOC. ATTY
   NUM   NUMBER                                            STAT
_      00004-0001 PLT 99999930 HOUSTON INDEPENDENT SCHOOL DIS    LINEBARGER, G
_      00003-0001 PLT 99999930 CITY OF HOUSTON                   LINEBARGER, G
_      00002-0001 DEF          WADE, CHARLES RONALD SR           PRO-SE
_      00001-0001 PLT 99999930 HARRIS COUNTY                     LINEBARGER, G


==> (20) CONNECTION(S) FOUND
1=ACTIVE       2=ATY. INQ.   3=ACT.ENTRY   4=ISS. SERV.  5=DOC. INQ.
6=CASE INQ.    7=BACKWARD    8=FORWARD     9=PTY. ADDR.  10=REFRESH    11=HELP

CASE NUM: 201169056__ PJN> __    TRANS NUM: _____   CURRENT COURT: 295 PUB? _
CASE TYPE: TAX DELINQUENCY                    CASE STATUS: DISPOSED (FINAL)
STYLE: HARRIS COUNTY, ET AL              VS WADE, CHARLES RONALD SR
===============================================================================
                      **** ACTIVE PARTIES ****
   PJN  PER/CONN COC  BAR       PERSON NAME                PTY   ASSOC. ATTY
   NUM   NUMBER                                            STAT


==> (0) CONNECTION(S) FOUND
1=INACTIVE     2=ATY. INQ.   3=ACT.ENTRY   4=ISS. SERV.  5=DOC. INQ.
6=CASE INQ.    7=BACKWARD    8=FORWARD     9=PTY. ADDR.  10=REFRESH    11=HELP